### ANDREW HUSTON *v.* ROBERT AYRES CLERK.

1797.

THE plaintiff declared for 50*l.* as a penalty for marrying his daughter, *without having a certificate of his consent.*

PRESIDENT suggested, that the 1st section of the act of assembly, which requires *a certificate of consent,* previous to the publication of a marriage, has no penalty annexed to it; and that the 2d section imposes the penalty of 50*l.* for joining in marriage, *without publication.*

It was agreed, that the defendant should pay the costs, and the plaintiff wave all further proceedings.